IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 09-cr-00373-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KATIE LYNN PICKETT,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    The sentencing hearing previously set for February 5, 2010 at 10:00 a.m. is RESCHEDULED for **February 26, 2010 at 10:00 a.m.** in Courtroom A701 before Judge Philip A. Brimmer.

    DATED November 30, 2009.